IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Robert Edwards, | ) | C/A No. 0:08-2263-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER DISMISSING CASE** |
| | ) | **FOR BINDING ARBITRATION** |
| Charles Schwab Investment Management Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the court for review of the status of arbitration. By order dated November 10, 2008, the court granted the motion of defendant Charles Schwab Investment Management, Inc. to stay plaintiff Robert Edwards's complaint and to compel arbitration. The parties were directed to provide the court a status report of the arbitration proceedings, which they did by filing an entry in the docket on November 10, 2009. That status report indicates that the arbitration in this matter is scheduled to be heard August 25, 26, and 27, 2010 by a FINRA Dispute Resolution Arbitration panel.

The court finds it proper to dismiss this case, with all claims between the parties to be heard by binding arbitration. The court retains jurisdiction over the parties for all matters relating to this action after binding arbitration, including enforcement of any arbitration judgment rendered.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

November 23, 2009         Joseph F. Anderson, Jr.
Columbia, South Carolina   United States District Judge